1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 08-7993 WDK |
| 12 Plaintiff, | |
| 13 | **ORDER GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT** |
| 14 v. | |
| 15 **MARCELLA MELENDEZ** | |
| 16 Defendant. | |

17

18     Default having been entered in this action against Defendant Marcella

19 Melendez, individually and d/b/a Rocky's New York Style Pizzeria on May 27,

20 2009, and the application for and declarations in support of default judgment

21 having been filed on or about June 29, 2009 and having been served on Defendant

22 and notice given and no appearance or response by the Defendant having been

23 made in person or in writing, and Plaintiff having met all of the statutory

24 requirements for an Application for Default Judgment, IT IS HEREBY

25 ORDERED AND ADJUDGED that Default Judgment in the amount of $5,495.00

26 in actual damages ($54.95 per person x 100 individuals in actual attendance) plus

27 $10,990.00 in punitive damages based on willfulness, an amount that is equal to

28

two times the actual damages[1], is therefore GRANTED against Defendant

1  Marcella Melendez, individually and d/b/a Rocky's New York Style Pizzeria.  The

2  Court further grants Plaintiff $1,589.10 in attorneys' fees pursuant to Local Rule

3  55-3, for a total of $18,074.10.  Costs are to be submitted in cost bill.

4

5  IT IS SO ORDERED.

6

7  IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United

8  States mail or by telefax or by email, copies of this Order on counsel for the

9  parties in this matter.

10

11  Dated: 12\29\09

12  _____

13  William Keller
    United States District Judge

14

15

16

17

18

19

20

21

22

23      [1]The Court has determined that the proper measure of punitive damages

24  based on willfulness is an amount equal to a multiple of actual damages.  For
    guidance, the Court looks to statutes that grant punitive damages as a multiple of
25  actual damages. See, e.g., 15 U.S.C. § 15 (Antitrust)(treble damages); 18 U.S.C. §

26  1964(c) (Racketeer Influenced and Corrupt Organizations Act)(treble damages);
    18 U.S.C. § 2318 (Trafficking Counterfeit Labels)(treble damages); 35 U.S.C. §
27  284 (Patent Infringement)(treble damages).

28